IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

EDWARD PALMORE,

    Plaintiff,

vs.

DONALD R. JACKSON, Warden;
Mrs. JOHNSON, Building Officer;
Lt. TUCKER; Deputy Warden
KNOWLES; CHAMBERS, Investigator;
and KEITH WILSON,

    Defendants.

CIVIL ACTION NO.: CV510-040

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Plaintiff's claims against Defendants Donald R. Jackson and Keith Wilson are **DISMISSED**, pursuant to 28 U.S.C.A. §§ 1915 (e)(2)(B)(ii) and 1915A(b).

**SO ORDERED**, this 16 day of July, 2010.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA